**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TOBY MARTIN, JR.** | **CIVIL ACTION NO.: 17-1823** |
| **VERSUS** | **SECTION:** |
| **HERCULES OFFSHORE, INC.**, **CLIFFS DRILLING COMPANY**, **CLIFFS DRILLING TRINIDAD, LLC**, **FDT, LLC**, **FDT HOLDINGS, LLC**, **HERCULES DRILLING COMPANY, LLC**, **HERCULES OFFSHORE SERVICES, LLC**, **HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**, **HERO HOLDINGS, INC.**, **SD DRILLING, LLC**, **THE OFFSHORE DRILLING COMPANY**, **THE ONSHORE DRILLING COMPANY**, **TODCO AMERICAS, INC.**, **AND TODCO INTERNATIONAL, INC.** | **MAGISTRATE:** |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes complainant, **TOBY MARTIN, JR.**, a person of full legal age and a citizen and domiciliary of Galliano, Louisiana. Complainant avers the following:

**I.**

Jurisdiction is based upon the General Maritime of the United States. This matter is designated 9(h) under the applicable Admiralty and Maritime Rules.

**II.**

Made party defendants herein are **HERCULES OFFSHORE, INC.**, **CLIFFS DRILLING COMPANY**, **CLIFFS DRILLING TRINIDAD, LLC**, **FDT, LLC**, **FDT HOLDINGS, LLC**, **HERCULES DRILLING COMPANY, LLC**, **HERCULES OFFSHORE SERVICES, LLC**, **HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**, **HERO HOLDINGS, INC.**, **SD DRILLING, LLC**, **THE OFFSHORE DRILLING**

**COMPANY**, **THE ONSHORE DRILLING COMPANY**, **TODCO AMERICAS, INC.**, and **TODCO INTERNATIONAL, INC.**, Delaware companies licensed to do and doing business in this district and state, with their principal place of business in Houston, Texas.

**III.**

At all material times herein, **HERCULES OFFSHORE, INC.**, **CLIFFS DRILLING COMPANY**, **CLIFFS DRILLING TRINIDAD, LLC**, **FDT, LLC**, **FDT HOLDINGS, LLC**, **HERCULES DRILLING COMPANY, LLC**, **HERCULES OFFSHORE SERVICES, LLC**, **HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**, **HERO HOLDINGS, INC.**, **SD DRILLING, LLC**, **THE OFFSHORE DRILLING COMPANY**, **THE ONSHORE DRILLING COMPANY**, **TODCO AMERICAS, INC.,** owned, operated, chartered, manned and controlled the ***Hercules 264*** and its crane.

**IV.**

On or about December 25, 2015, complainant was on the back deck of the ***M/V C-TRUC 8*** attempting to attach the mud hose from the jack-up vessel, ***Hercules 264***, to the crane hook of the ***Hercules 264*** when he was suddenly struck in the back while on the deck of the ***M/V C-TRUC 8*** by the crane hook

**V.**

At all material times herein, **HERCULES OFFSHORE, INC.**, **CLIFFS DRILLING COMPANY**, **CLIFFS DRILLING TRINIDAD, LLC**, **FDT, LLC**, **FDT HOLDINGS, LLC**, **HERCULES DRILLING COMPANY, LLC**, **HERCULES OFFSHORE SERVICES, LLC**, **HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**, **HERO HOLDINGS, INC.**, **SD DRILLING, LLC**, **THE OFFSHORE DRILLING COMPANY**, **THE ONSHORE DRILLING COMPANY**, **TODCO AMERICAS, INC.** were negligent in connection with

Complainant's accident herein when Complainant was struck in the back by the crane hook of the ***Hercules 264.*** A proximate cause of the accident and injuries herein was the negligence of the crane operator, who at all material times herein was employed by Hercules, of the ***Hercules 264*** who failed to obey and/or to see the signal to stop given by the Complainant prior to the accident occurring and who failed to follow appropriate standard operating procedures for crane operators in the Gulf of Mexico.

**WHEREFORE**, complainant demands judgment against **HERCULES OFFSHORE, INC.**, **CLIFFS DRILLING COMPANY**, **CLIFFS DRILLING TRINIDAD, LLC**, **FDT, LLC**, **FDT HOLDINGS, LLC**, **HERCULES DRILLING COMPANY, LLC**, **HERCULES OFFSHORE SERVICES, LLC**, **HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**, **HERO HOLDINGS, INC.**, **SD DRILLING, LLC**, **THE OFFSHORE DRILLING COMPANY**, **THE ONSHORE DRILLING COMPANY**, **TODCO AMERICAS, INC.**, and **TODCO INTERNATIONAL, INC.** for the full and total sum of THREE MILLION ($3,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for all costs of these proceedings and all appropriate, general and equitable relief.

Respectfully submitted,

DISCON LAW FIRM
BY: S/THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
CHARLOTTE D. STRIEF #35751
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448
Telephone: 985-674-9748
Facsimile: 985 674-9749
Email: tdiscon@disconlawfirm.com

**PLEASE SERVE:**

**HERCULES OFFSHORE, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL SERVICES, INC.
1675 S. STATE STREET, STE. B
DOVER, DE 19901**

**CLIFFS DRILLING COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809**

**CLIFFS DRILLING TRINIDAD, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL SERVICES, INC.
1675 S. STATE STREET, STE. B
DOVER, DE 19901**

**FDT, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809**

**FDT HOLDINGS, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL SERVICES, INC.
1675 S. STATE STREET, STE. B
DOVER, DE 19901**

**HERCULES DRILLING COMPANY, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809**

**HERCULES OFFSHORE SERVICES, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809**

**HERCULES OFFSHORE LIFTBOAT COMPANY, LLC**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL SERVICES, INC.**
**1675 S. STATE STREET, STE. B**
**DOVER, DE 19901**

**HERO HOLDINGS, INC.**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL SERVICES, INC.**
**1675 S. STATE STREET, STE. B**
**DOVER, DE 19901**

**SD DRILLING, LLC**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL CORPORATE SERVICES, INC.**
**8550 UNITED PLAZA BUILDING II, STE. 305**
**BATON ROUGE, LA 70809**

**THE OFFSHORE DRILLING COMPANY**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL CORPORATE SERVICES, INC.**
**8550 UNITED PLAZA BUILDING II, STE. 305**
**BATON ROUGE, LA 70809**

**THE ONSHORE DRILLING COMPANY**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL SERVICES, INC.**
**1675 S. STATE STREET, STE. B**
**DOVER, DE 19901**

**TODCO AMERICAS, INC.**
**THROUGH ITS REGISTERED AGENT FOR SERVICEP:**
**CAPITOL SERVICES, INC.**
**1675 S. STATE STREET, STE. B**
**DOVER, DE 19901**

**TODCO INTERNATIONAL, INC.**
**THROUGH ITS REGISTERED AGENT FOR SERVICE:**
**CAPITOL SERVICES, INC.**
**1675 S. STATE STREET, STE. B**
**DOVER, DE 19901**